IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HORIZON LINES, LLC, | IN ADMIRALTY |
| Plaintiff, | |
| v. | Case No. 11-CV-1402-EFM-KGS |
| INTERNATIONAL BRIDGE CORPORATION, | |
| Defendant. | |

## COMPLAINT

COMES NOW plaintiff, Horizon Lines, LLC through its undersigned attorneys and respectfully prays and states as follows:

1. This is an action in admiralty and maritime jurisdiction as hereinafter more fully appears. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1333 and 1337, and pursuant to Rule 9(h) of the Federal Rules of Civil Procedure.

2. Plaintiff, Horizon Lines, LLC ("Horizon Lines") is a corporation organized and existing under the laws of the State of Delaware with offices in San Juan, Puerto Rico.

3. Defendant, International Bridge Corporation ("International"), is an Ohio corporation with an office in Kansas, doing business in this district. In its dealings with Horizon Lines, International identified its address as 4626 S.E. 85th Street, Berryton, Kansas.

4. Horizon Lines is a common and contract ocean carrier engaged in the transportation of cargo between the different states of the United States of America and the Commonwealth of Guam and, under applicable tariff, is therefore a water carrier in noncontiguous domestic trade, as those terms are defined in 49 U.S.C. § 13102(3) and (17).

5. Between approximately April 11, 2011 and approximately August 1, 2011 Horizon Lines received from and transported for International's account, various containers of cargo for shipment between the United States and the Commonwealth of Guam.

6. According to the Horizon Lines tariff outlining the contractual obligations of Horizon Lines and International:

> All sums payable to the Carrier are due when incurred and shall be paid in full in United States Currency.
>
> \*\*\*
>
> The shipper, consignee, holder of the bill of lading, bill to party, owner of the goods and principals of said liable parties shall be jointly and severally liable to Carrier for the payment of all freight, demurrage, General Average and other charges. Said parties are also jointly and severally liable for expenses incurred by Carrier in collecting sums due Carrier, including but not limited to collection agency fees, reasonable attorney's fees and costs, including all fees and costs of mediation, arbitration, trial appeals, and bankruptcy proceedings. Carrier may choose which of said parties to collect the sums owed from and by pursuing collection of the sums owed from one of the parties is not waiving its right to pursue collection of the sums owed from one of the other liable parties. Payment of ocean freight and related charges to a freight forwarder, broker or anyone other than Carrier or its authorized agent, shall not be deemed payment to Carrier and shall be made at payer's sole risk.
>
> \*\*\*
>
> Terms for all freight and related charges:
> Parties without established credit with Carrier:
>     Due upon receipt of cargo or when service is rendered.

7. International was the shipper in all relevant cargo movements, and liable to Horizon Lines, as the Carrier, for payment of all ocean freight, demurrage, General average and other costs, as well as all expenses incurred by Horizon Lines in collecting sums due.

2

8. Amounts totaling $194,885.13 remain unpaid on the ocean freight invoices listed on the Statement of Account attached hereto as Exhibit A.

9. Pursuant to the applicable tariff International is liable for any unpaid amount of the invoices listed in paragraph 8.

10. The failure of International to pay the freight and related charges, demurrage, and other charges subjects International under the terms of the applicable tariff to the payment of the attorney fees and costs of collection.

WHEREFORE, plaintiff Horizon Lines prays for judgment against International in the amount of $194,885.13, plus the cost of collection, including attorney fees and costs as provided by contract, tariff, statute and/or rule and interest, all subject to adjustment and for such other relief at the court deems just and proper.

Respectfully submitted,

ADAMS JONES LAW FIRM, P.A.
1635 N. Waterfront Parkway, Suite 200
Wichita, KS 67206-6623
(316) 265-8591


By /s/ Patrick B. Hughes
    Patrick B. Hughes, KSC#16648
    Attorneys for Plaintiff